UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEPHEN MORETTO,

      Plaintiff,

v.                                  Case No. 2:18-cv-687-JLB-NPM

WEXFORD HEALTH SOURCE, INC.,
RONALD JOSE SOLORZANO,
TRUNG VAN LE,
RHONDA REUBEN-KHAN and
CENTURION OF FLORIDA,

      Defendants.

_____

## ORDER STAYING DISCOVERY

This cause comes on for consideration of the Motion for Protective Order to Stay Discovery Pending the Court's Ruling on the Defendants' Motions to Dismiss by Defendants Centurion of Florida, Dr. Ronald Solorzano, and ARNP Rhonda Reuban-Khan. (Doc. 69, filed May 5, 2021). Defendants note that the Court has not yet ruled on any defendant's motion to dismiss and has not yet issued a scheduling order directing discovery. (*Id.*) However, the defendants have received discovery requests from Plaintiff, including Requests for Production and Requests for Inspection of Documents. (*Id.* at 3).

Because the Court has not yet entered a case management and scheduling order, discovery is premature at this time. *See Palmer v. Johnson,* No. 209-CV-604-

FTM-29DNF, 2010 WL 2431897, at *2 (M.D. Fla. June 16, 2010) (stating that pro se prisoner's requests for production was premature because the court had not entered a case management and scheduling order setting the discovery deadline).

Accordingly, it is now **ORDERED**:

1.      The Motion for Protective Order to Stay Discovery Pending the Court's Ruling on Defendants' Motions to Dismiss (Doc. 69) is **GRANTED**.

2.      The Court will issue a Case Management and Scheduling Order after it rules on the defendants' motions to dismiss.

**DONE AND ORDERED** in Fort Myers, Florida on May 5, 2021.

NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

c: Parties of Record